**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN BINDER,<br><br>            Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a corporation, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.  2:20-cv-00053-RSWL-ASx<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties.  Each party is to bear its own attorneys' fees and costs.

DATED:  November 2, 2020            ___/S/ RONALD S.W. LEW_____
                                                          RONALD S. W. LEW
                                                          UNITED STATES DISTRICT JUDGE